J. A. McMICHAEL v. THE STATE.

No. 9973.   Delivered Dec. 23, 1925.

**Embezzlement—Appeal Dismissed.**

Upon the written request of appellant duly verified by his affidavit, the appeal is dismissed.

Appeal from the Criminal District Court of Dallas County. Tried below before the Hon. Felix D. Robertson, Judge.

Appeal from a conviction for embezzlement, penalty five years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for embezzlement; punishment fixed at confinement in the penitentiary for a period of five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

*Dismissed.*

---

J. A. McMICHAEL v. THE STATE.

No. 9974.   Delivered Dec. 23, 1925.

**Embezzlement—Appeal Dismissed.**

Upon the written request of the appellant, verified by his affidavit, the appeal is dismissed.

Appeal from the Criminal District Court of Dallas County. Tried below before the Hon. Felix D. Robertson, Judge.

Appeal from a conviction for embezzlement, penalty five years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for embezzlement; punishment fixed at confinement in the penitentiary for a period of five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

*Dismissed.*

---

FALSTON BROWN V. THE STATE.

No. 9938. Delivered Dec. 23, 1925.

**Burglary—No Statement of Facts—No Bill of Exception.**

There are no bills of exception nor statement of facts in this record. No error has been perceived or pointed out, and the judgment is affirmed.

Appeal from the Criminal District Court No. 2 of Dallas County. Tried below before the Hon. C. A. Pippen, Judge.

Appeal from a conviction of burglary, penalty two years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is burglary; punishment fixed at confinement in the penitentiary for a period of two years.

The indictment appears regular. The record is before us without bills of exception or statement of facts. No error has been perceived or pointed out.

The judgment is affirmed.

*Affirmed.*

---

IKE TATOM V. THE STATE.

No. 9637. Delivered Dec. 9, 1925.

**Transporting Intoxicating Liquor—Evidence Held, Sufficient.**

There are no bills of exception in this record. An inspection of the statement of facts discloses that the evidence supports the conviction, and the judgment is affirmed.

Appeal from the District Court of Houston County. Tried below before the Hon. Ben F. Dent, Judge.